UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

(Greenbelt Division)

| In re: | : | |
| --- | --- | --- |
| | : | |
| SHAWNNA D. WILLIAMS, | : | Case No. 16-1-0281-TJC |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

### NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $1,457.00 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
| --- | --- | --- |
| $1,457.00 | Shawnna D. Williams<br>5515<br>N/A | 5616 Virginia Lane<br>Oxon Hill, MD  20745 |

Respectfully submitted,

December 19, 2016

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708